UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CARLOS FELIPE JARAMILLO GRAJALES
a/k/a J.L.R.

Case No. 3:25-cr-228-HES-LLL
18 U.S.C. § 1542
18 U.S.C. § 1015(e) & (f)
42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 611

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(False Statements in Application for United States Passport)

On or about March 28, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, by completing the passport application with false and fraudulent information, including the false name of a person with the initials J.L.R., a false Social Security Number, and a false date of birth, knowing that these representations were false.

In violation of 18 U.S.C. § 1542.

## COUNT TWO
### (Unlawful Use of Means of Identification of Another Person)

On or about March 28, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, making false statements in an application for a United States passport in violation of 18 U.S.C. § 1542, as charged in Count One of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT THREE
### (Fraudulent Use of a Social Security Number)

On or about March 28, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

for the purpose of obtaining a United States passport and other purposes, with intent to deceive, falsely represented a number to be a social security account number

assigned to him by the Commissioner of Social Security when in fact such number was not a social security account number assigned to him by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT FOUR
### (Unlawful Use of Means of Identification of Another Person)

On or about March 28, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely representing that a social security account number was assigned to him by the Commissioner of Social Security in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count Three of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FIVE
### (False Claim of United States Citizenship to Obtain a State Benefit)

On or about January 15, 2021, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly make a false statement and claim that he was a citizen of the United States with the intent to obtain on behalf of himself a state benefit, that is, a State of Florida driver's license, when, as the defendant knew, he was not a citizen of the United States but in fact was a citizen of Colombia.

In violation of 18 U.S.C. § 1015(e).

## COUNT SIX
### (Unlawful Use of Means of Identification of Another Person)

On or about January 15, 2021, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely claiming to be a United States

citizen with the intent to obtain a state benefit in violation of 18 U.S.C. § 1015(e), as charged in Count Five of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT SEVEN
### (Fraudulent Use of a Social Security Number)

On or about January 15, 2021, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

for the purpose of obtaining a Florida driver's license and other purposes, with intent to deceive, falsely represented a number to be a social security account number assigned to him by the Commissioner of Social Security when in fact such number was not a social security account number assigned to him by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT EIGHT
### (Unlawful Use of Means of Identification of Another Person)

On or about January 15, 2021, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely representing that a social security account number was assigned to him by the Commissioner of Social Security in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count Seven of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT NINE
### (False Claim of United States Citizenship to Obtain a State Benefit)

On or about March 30, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly make a false statement and claim that he was a citizen of the United States with the intent to obtain on behalf of himself a state benefit, that is, a State of Florida driver's license, when, as the defendant knew, he was not a citizen of the United States but in fact was a citizen of Colombia.

In violation of 18 U.S.C. § 1015(e).

## COUNT TEN
### (Unlawful Use of Means of Identification of Another Person)

On or about March 30, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely claiming to be a United States citizen with the intent to obtain a state benefit in violation of 18 U.S.C. § 1015(e), as charged in Count Nine of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT ELEVEN
### (Fraudulent Use of a Social Security Number)

On or about March 30, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

for the purpose of obtaining a Florida driver's license and other purposes, with intent to deceive, falsely represented a number to be a social security account number assigned to him by the Commissioner of Social Security when in fact such number

was not a social security account number assigned to him by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT TWELVE
### (Unlawful Use of Means of Identification of Another Person)

On or about March 30, 2023, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely representing that a social security account number was assigned to him by the Commissioner of Social Security in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count Eleven of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT THIRTEEN
### (False Claim of United States Citizenship to Obtain a State Benefit)

On or about February 1, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

did knowingly make a false statement and claim that he was a citizen of the United States with the intent to obtain on behalf of himself a state benefit, that is, a State of Florida driver's license, when, as the defendant knew, he was not a citizen of the United States but in fact was a citizen of Colombia.

In violation of 18 U.S.C. § 1015(e).

## COUNT FOURTEEN
### (Unlawful Use of Means of Identification of Another Person)

On or about February 1, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely claiming to be a United States

citizen with the intent to obtain a state benefit in violation of 18 U.S.C. § 1015(e), as charged in Count Thirteen of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FIFTEEN
### (Fraudulent Use of a Social Security Number)

On or about February 1, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

for the purpose of obtaining a Florida driver's license and other purposes, with intent to deceive, falsely represented a number to be a social security account number assigned to him by the Commissioner of Social Security when in fact such number was not a social security account number assigned to him by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT SIXTEEN
### (Unlawful Use of Means of Identification of Another Person)

On or about February 1, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely representing that a social security account number was assigned to him by the Commissioner of Social Security in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count Fifteen of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT SEVENTEEN
**(False Claim of United States Citizenship to Vote in Election)**

On or about November 3, 2020, in the Middle District of Florida, and elsewhere, the defendant,

CARLOS FELIPE JARAMILLO GRAJALES,
a/k/a J.L.R.,

did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, when, as the defendant knew, he was not a citizen of the United States but in fact was a citizen of Colombia.

In violation of 18 U.S.C. § 1015(f).

## COUNT EIGHTEEN
### (Unlawful Use of Means of Identification of Another Person)

On or about November 3, 2020, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name of a person with the initials J.L.R., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely claiming to be a United States citizen to vote in an election in violation of 18 U.S.C. § 1015(f), as charged in Count Seventeen of this Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT NINETEEN
### (Voting by Alien in Federal Election)

On or about November 3, 2020, in the Middle District of Florida, and elsewhere, the defendant,

**CARLOS FELIPE JARAMILLO GRAJALES,**
a/k/a J.L.R.,

did knowingly vote in an election held solely and in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of

Representatives, when, as the defendant knew, he was an alien, that is, a citizen of Colombia and not a citizen of the United States.

In violation of 18 U.S.C. § 611.

## FORFEITURES

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2. Upon conviction of a violation of 18 U.S.C. § 1542, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

   a. Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

   b. Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

   c. Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

███████████████
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
10/29/25 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CARLOS FELIPE JARAMILLO GRAJALES
a/k/a J.L.R.

## INDICTMENT

Violations:  18 U.S.C. § 1542
18 U.S.C. § 1015(e) & (f)
42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 611

A true bill,

_____
Foreperson

Filed in open court this 30th day of October, 2025.

_____
Clerk

Bail $ _____

GPO 863 525