FILED IN OPEN COURT

11/12/25

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                    NO. 3:25-cr-228-HES-LLL

CARLOS FELIPE JARAMILLO GRAJALES
A/K/A  J.L.R.

_____

## Notice of Acceptance of General Discovery

The defendant, **Carlos Felipe Jaramillo Grajales**, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Kelli Swaney, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 12th day of November, 2025.

_____
Attorney for Defendant

Interpreted by Andrea Anastasi, USCCI