UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:25-cr-228-HES-LLL

CARLOS FELIPE JARAMILLO GRAJALES

## CONCURRENCE OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT

Upon consideration of applicable law and the defendant's statement, I hereby

concur, on behalf of United States Immigration and Customs Enforcement, in the

United States Attorney's request that a judicial removal order be granted against the

defendant.

*Michael B. Cochran*                     Digitally signed by
                                         MICHAEL B COCHRAN
                                         Date: 2026.01.23
                                         12:22:28 -05'00'

January 23, 2026
Date                            Special Agent in Charge
                                United States Immigration and
                                Customs Enforcement